No. 1,633.—WOODWARD ET AL., RESPONDENTS, *v.* COURTNEY ET AL., APPELLANTS.

*Appeal from District Court; Gallatin County; F. K. Armstrong, Judge.*

On motion to dismiss appeal.

Decided July 14, 1903.

PER CURIAM.—The motion to dismiss the appeal herein is sustained, and the appeal is accordingly dismissed.

(MR. JUSTICE HOLLOWAY, being disqualified, takes no part in this order.)

Rehearing denied October 9, 1903.

*Messrs. Sanders & Sanders,* for Appellants.

*Messrs. Hartman & Hartman,* for Respondents.

---

No. 1,634.—RIDDELL, RESPONDENT, *v.* PECK-WILLIAMSON HEATING AND VENTILATING CO., APPELLANT.

*Appeal from District Court, Silver Bow County; John Lindsay, Judge.*

Decided July 14, 1903.

PER CURIAM.—This appeal is dismissed at the cost of appellant, in accordance with the stipulation on file.

*Messrs. Pemberton & Maury,* for Appellant.

*Messrs. McHatton & Cotter,* for Respondent.